IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| DIRECTORS OF THE OHIO CONFERENCE OF PLASTERERS AND CEMENT MASONS COMBINED FUNDS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>MEERKAT CONSTRUCTION, INC.<br><br>Defendant. | Case No. 3:18-cv-00122<br><br>District Judge Walter H. Rice |

## CONSENT JUDGMENT

IT IS ORDERED AND ADJUDGED that Meerkat Construction, Inc. ("Meerkat") consents to entry of a judgment against it, and in favor of Plaintiffs, in the amount of $24,696.11, reflecting claims for fringe fund contributions for work performed through August 31, 2019.

IT IS FURTHER ORDERED that jurisdiction of this matter be retained by this Court pending compliance with this Court's orders.

Plaintiffs agree to accept, and Meerkat agrees to pay, said judgment in twenty monthly payments in the amount of $1000 each, with each payment being due on or before the tenth day of each month, beginning on May 10, 2020, and continuing for nineteen months thereafter for a total of twenty months. If Meerkat satisfies the judgment with timely payments totaling $20,000, the remainder of the judgment will be forgiven. Meerkat may prepay the judgment at its own discretion.

Plaintiffs shall take no action in furtherance of executing this Judgment until and unless Meerkat fails to make the installment payments set forth above. If Meerkat fails to make payment or is delinquent, Plaintiffs have the immediate right but not the obligation to enforce the total judgment amount of $24,696.11, plus post-judgment interest of 1% simple interest per month from the date of this judgment entry, and to recover the costs of judgment enforcement.

A failure to enforce the judgment at any time cannot be construed as acquiescence to Meerkat's lack of compliance, should that occur, and will not prevent later judgment enforcement.

This is a final judgment.

_Walter H. Rice_
Judge Herbert Walker Rice

Dated: 05/15/2020

Approved for entry, notice of hearing waived, stipulated, consented, and agreed to:

_Jennie G. Arnold_
Jennie G. Arnold (OH 84697)
Attorney for Plaintiffs

_Serah Siemann_
Serah Siemann (OH 88685)
Attorney for Defendant